# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MARY HEPFNER, MARY NEUMER, and ROBERT HOFFMAN,

    Plaintiffs,

v.

PRA GROUP INC. and PORTFOLIO RECOVERY ASSOCIATES LLC,

    Defendants.

Case No. 17-CV-1572-JPS

**ORDER**

On November 9, 2017, Plaintiffs filed this action alleging violations of the Fair Debt Collection Practices Act. (Docket #1). Defendants have not yet been served. On January 2, 2018, Plaintiffs filed a notice of voluntary dismissal of this action with prejudice and without costs to either party. (Docket #5). Because Defendants have not yet responded to the complaint, the Court will adopt Plaintiffs' notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that Plaintiffs' notice of voluntary dismissal (Docket #5) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice**, each party to bear its own costs.

Dated at Milwaukee, Wisconsin, this 4th day of January, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge